

151 WEST 42ND STREET   49TH FLOOR   NEW YORK, NY 10036
T 212.307.5500   F 212.307.5598   www.Venable.com

November 20, 2025

John C. Vazquez
t 212.370.6293
JCVazquez@Venable.com

Hon. Ronnie Abrams
United States District Judge
U.S. District Court for the Southern District of New York
Thurgood Marshall U.S. Courthouse
Courtroom 1506
40 Foley Square
New York, NY 10007

Application granted.

SO ORDERED.

_____
Hon. Ronnie Abrams
November 24, 2025

Re:   *Kernisky v. Kama Distribution, LLC*, No. 1:25-cv-07787

Dear Judge Abrams,

I represent Defendant Kama Distribution LLC, and I write with the consent of all parties to advise the Court that the parties have executed a settlement agreement resolving this action as of November 17, 2025. Under the terms of that agreement, Defendant's payment is due within 60 days (*i.e.*, January 16, 2026), after which Plaintiff has agreed to file a notice of dismissal within three business days.

In light of these terms, the parties respectfully request that the Court adjourn the current deadlines accordingly. Specifically, Defendant's response to the Complaint is presently due December 29, 2025, and the Initial Status Conference is scheduled for January 9, 2026. The parties jointly request that the Court extend Defendant's time to respond to the Complaint to February 6, 2026, and adjourn the Initial Case Management Conference to a date convenient to the Court in late February. The parties will promptly notify the Court and file the dismissal upon completion of the settlement obligations.

This is the second request for an adjournment of the Initial Status Conference and the third request for an extension of Defendant's time to respond to the Complaint. The previous extensions were granted.

We appreciate the Court's consideration of this request.

Respectfully submitted,

John C. Vazquez